Decided April 14, 1931.

PER CURIAM.—The petition of relator for a writ of review herein is denied.

*Mr. E. F. Gummer,* for Relator.

No. 6,867. — JOHN HEXEM, Respondent, *v.* CITY OF BUTTE et al., Appellants.

Decided May 4, 1931.

PER CURIAM.—Upon motion and stipulation of the parties it is ordered that the appeal herein be and the same is dismissed.

*Mr. P. E. Geagan* and *Mr. George W. Howard,* for Appellants.

*Mr. C. J. Christian,* for Respondent.